# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2017

154364

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

GRASS LAKE IMPROVEMENT BOARD,
      Petitioner-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Respondent-Appellee.

SC: 154364
COA: 326571
Ingham CC: 2014-001064-AA

_____/

      On November 8, 2017, the Court heard oral argument on the application for leave to appeal the July 21, 2016 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2017



Clerk

p1115